# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| HERMAN O. HELLAMS, | : | No. 46 MAP 2025 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 584 |
| | : | MD 2020 dated May 29, 2025 |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA PAROLE BOARD, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**                                        **DECIDED:  June 16, 2026**

AND NOW, this 16th day of June, 2026, the Appellant's "Petition for Leave to File Reply Brief Nunc Pro Tunc" is **GRANTED**.  The order of the Commonwealth Court is **AFFIRMED**.